JUNJI SUZUKI (SBN 184738)
junji@marshallsuzuki.com
MARSHALL SUZUKI LAW GROUP, LLP
230 California Street, Suite 415
San Francisco, CA 94111
Telephone: (415) 618-0090
Facsimile: (415) 618-0190
Attorney for Applicant,
Medical Corporation H&S

FILED

JUL 13 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re Ex Parte Application of

MEDICAL CORPORATION H&S,

Applicant.

Case No: CV-20 80117 MISC VKD

DECLARATION OF AIKO REYNOLDS IN SUPPORT OF EX PARTE APPLICATION FOR ORDER PURSUANT TO 28 U.S.C. § 1782 PERMITTING DISCOVERY FOR USE IN FOREIGN PROCEEDING

I, Aiko Reynolds, declare as follows:

1. My name is Aiko Reynolds. I am over 18 years of age. I am an assistant at Marshall Suzuki Law Group.

2. I translated Exhibit A attached hereto and also attached to the declaration of Yuichi Nakazawa concurrently submitted herewith from Japanese to English.

3. Exhibit B attached hereto is a true and correct English translation of Exhibit A described above. I am qualified to translate from Japanese to English because I can read, write, understand and speak both Japanese and English fluently.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: June 25, 2020     By: _____
                              Aiko Reynolds

-Page 1 of 1-

**In re Ex Parte Application of Medical Corporation H&S**
Declaration of Aiko Reynolds in Support of Ex Parte Application for Order pursuant to 28 U.S.C. § 1782 Permitting Discovery for Use in Foreign Proceeding

# Exhibit A

 きむきむ

3か月前

予約時間通りに診察してくれる。受付スタッフの対応も親切で丁寧、感じよいです。
ただ院長先生は正直かなり気を使います。
お金がある人には愛想が良い、ない人は(他回す)と言った感じでしょうか...保険内の治療を勧めません。あまり色々聞くと切れ気味になります。後は説明しといて。とスタッフさんにすぐ変わりますし治療内容がいまいち分かりずらいし聞きにくい...
治療は時間をかけてくれるし腕も？いいと思うけど患者思いとは言えない院長なので覚悟が必要です。ただ予約はいつも一杯なので他の先生はいいのかも知れません。
人にはオススメできません。

👍 2     ＜ 共有

 angel heart

★★★★　2か月前

保険診療と有料診療の患者に対する対応の差に驚きました。治療室も違い感じが悪く治療断念しました。

👍 いいね　　< 共有

3

# Exhibit B

**Display name : kim-kim**

They will see you on time for your appointment. The receptionist is also kind, polite, and pleasant.

However, to be honest, you should be very careful to the director of the hospital.

He seems to be friendly to one who has money and not friendly to who doesn't (and pass it over to others)... I don't recommend the insurance-covered treatment. If you ask too many questions, he will be angry. Then, he will say to the staff "Explain the rest". Staffs changes so often, and explaining of the treatment is difficult to understand and hard to listen to...

The director takes his time with the treatment, and his skill is probably good, but you have to be prepared for it because he is not patient-oriented. However, the appointments are always full, so the other doctors may be good.

I cannot recommend this to anyone.

**Display name : angel heart**

I was surprised at the difference in their attitudes towards patients who have insured treatment versus who have fee-for-service treatment. Even the treatment room was different, and I gave up the treatment because it feels so bad.